# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00310-DJA |
| Plaintiff, | ORDER FOR DISMISSAL |
| v. | |
| ROMAN AGUILAR PALOMARES, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice complaint filed against defendant Roman Aguilar Palomares.

DATED this 25th day of September, 2025.

SIGAL CHATTAH
Acting United States Attorney

/s/ *Skyler Pearson*

SKYLER PEARSON
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 29 th day of September 2025.

_____
UNITED STATES MAGISTRATE JUDGE

1